AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

**APPEARANCE**

Case Number: DKT # 04-10103-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   William Smith

I certify that I am admitted to practice in this court.

_3-28-05_
Date

_Robert F. Collins_ (Signature)

_Robert F. Collins_
Print Name                                                Bar Number

_10 Mazzeo Dr_
Address

_Randolph_,  _MA_,  _02368_
City              State            Zip Code

_617-298-6316      01_
Phone Number                                  Fax Number
_781-986-3543_