UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.: 04-10103-GAO |
| | ) | |
| WILLIAM D. SMITH, | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF PAUL R. MOORE

Please enter and add the appearance of Assistant U.S. Attorney Paul R. Moore for the United

States of America in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Paul R. Moore
PAUL R. MOORE
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Date: March 29, 2005     (617) 748-3654

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                    Boston, Massachusetts
                                               March 29, 2005

    I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendant's Counsel, Robert F. Collins, 10 Mazzeo Drive, Randolph, Massachusetts, 02368, by first class mail.

                                  /s/ Paul R. Moore
                                  Paul R. Moore
                                  Assistant U.S. Attorney