AO 442    (Rev. 5/93)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of                  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

WILLIAM D. SMITH

**WARRANT FOR ARREST**

Case Number: 04-10103-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       WILLIAM D. SMITH
                                                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complain    ☐ Order of court    ☐ Violation       X Probation Violation Petition

charging him or her      (brief description of offense)

( See attached petition for warrant for offender under supervision)

in violation of                  United States Code, Section(s)                       

PAUL S. LYNESS                                   COURTROOM DEPUTY CLERK
Name of Issuing Officer                                       Title of Issuing Officer

*/s/ Paul S. Lyness*                                          4/7/04    ONE COURTHOUSE WAY, BOSTON, MA
Signature of Issuing Officer                                     Date and Location

Bail fixed at $                                       by                                           
                                                                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
*The Bristol County Jail N. Dartmouth, Mass.*

| DATE RECEIVED 3/28/05 | NAME AND TITLE OF ARRESTING OFFICER *Francis P. Dawson JR DUSM* | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 3/28/05 | | |

AO 442    (Rev. 12/85) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____