# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                    CASE NO.   04-10103-GAO

WILLIAM D. SMITH

## NOTICE OF APPEAL

Notice is hereby given that  WILLIAM D. SMITH     above named, hereby

appeals from the      JUDGMENT

entered in the above entitled action on   MARCH 30. 2005                           .

By the Court,

3/30/05                                PAUL S. LYNESS
Date                                   Deputy Clerk

(Notice of Appeal.wpd - 12/98)