APPEAL, CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10103-GAO-ALL

Case title: USA v. Smith

Date Filed: 04/06/2004

Assigned to: Judge George A. O'Toole, Jr

**Defendant**

**William D Smith (1)**    represented by    **Robert F. Collins**
201C
10 Mazzeo Drive
Randolph, MA 02368
781-986-3543
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

Violations of conditions of judgment
(1)

**Disposition**

Supervised Release is REVOKED, and the defendant is committed to the Bureau of Prisons for a term of imprisonment of 15 months.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA    represented by    **Paul R. Moore**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3700
Fax: 617-748-3951
Email: paul.moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2004 | 1 | Certified copy of transfer order from Utah as to William D Smith. (Diskes, Sheila) (Entered: 04/06/2004) |
| 04/19/2004 |  | TRANSFER OF JURISDICTION as to William D |

| | | |
|---|---|---|
| | | Smith. Received certified copies of indictment, judgment and docket sheet from Utah (Gawlik, Cathy) (Entered: 04/20/2004) |
| 03/28/2005 | ◑ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Appearance re Revocation of Supervised Release as to William D Smith held on 3/28/2005 Appearance entered by Robert F. Collins for William D Smith on behalf of defendant. The defendant waives the preliminary revocation. The government moved for detention pursuant to LR 32.1 and 18 U.S.C. 1343. After oral argument, the Court ORDERS the defendant DETAINED pending a hearing before District O'Toole. Defense counsel informs the Court that he wishes to proceed with an expedited final revocation hearing before District Judge O'Toole. The Court directs counsel to contact the clerk for Judge O'Toole's session for any alternative date/time for hearing. Final Hearing re Revocation of Supervised Release set for 4/14/2005 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 03/28/2005) |
| 03/28/2005 | ◑ | Judge Joyce London Alexander : Electronic ORDER entered. ORDER OF DETENTION as to William D Smith. The government orally moved to detain the defendant. The defendant waived his right to a preliminary revocation hearing. The government moved for detention pursuant to Fed. R. Crim. P. 32.1 and 18 U.S.C. 3143. After oral argument, Court hereby ORDERS defendant William D. Smith DETAINED, without prejudice, pursuant to 18 U.S.C.3142(e), to appear before District Judge O'Toole for his final revocation hearing at 2:00 PM, on March 30, 2005, in Courtroom 9, on the 3rd floor. The defendant shall be held in custody by the United |

| | | |
|---|---|---|
| | | States Marshal and produced for the hearing. (Brown, Rex) Modified on 3/29/2005 to modifiy detention hearing date from April 14, 2005 to March 30, 2005 @2:00pm(Edge, Eugenia). (Entered: 03/28/2005) |
| 03/28/2005 | 2 | NOTICE OF ATTORNEY APPEARANCE: Robert F. Collins appearing for William D Smith (Brown, Rex) (Entered: 03/29/2005) |
| 03/29/2005 | 3 | NOTICE OF ATTORNEY APPEARANCE Paul R. Moore appearing for USA. (Moore, Paul) (Entered: 03/29/2005) |
| 03/30/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Final Hearing re Revocation of Supervised Release as to William D Smith held on 3/30/2005 (Court Reporter Cheryl Dahlstrom.) (Lyness, Paul) (Entered: 03/31/2005) |
| 03/30/2005 | 4 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT as to William D Smith after Revocation of Probation/Supervised Release (defendant transferred to this district for supervision) JUDGMENT INFORMATION: Supervised Release is REVOKED, and the defendant is committed to the Bureau of Prisons for a term of imprisonment of 15 months. 21 months supervised release; The defendant shall not possess a firearm; The defendant is to pay the balance of the restitution according to a repayment schedule as set down by probation, or, if necessary, by the court after a hearing; The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer; The defendant is to provide the probation officer access to any requested financial information; The financial information provided to the Probation Office by the defendant may be shared with the Financial Litigation Unit of the U.S. Attorney's Office; The defendant is to participate in a program for |

| | | |
|---|---|---|
| | | substance abuse as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment; The defendant is to participate in a mental health program as directed by the United States Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment; The defendant is not to consume any alcoholic beverages. (Lyness, Paul) (Entered: 03/31/2005) |
| 03/31/2005 | 7 | NOTICE OF APPEAL by William D Smith entered by the Clerk re 4 Judgment of Revocation. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/20/2005. (Hurley, Virginia) (Entered: 04/19/2005) |
| 04/01/2005 | 6 | Arrest Warrant Returned Executed on March 28, 2005. as to William D Smith. (Edge, Eugenia) (Entered: 04/05/2005) |