# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-1579
DC No. 04-10103

Honorable George A. O'Toole

UNITED STATES
Appellee

v.

WILLIAM D. SMITH
Defendant - Appellant

### ORDER OF COURT
### Entered: July 18, 2005

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court with prison trust account information, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

Once the appellant is deemed indigent, a request for appointment of counsel under the Criminal Justice Act may be made.

By the Court:

Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By:_____
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: S          Date: 7/18/05

certified copies: Honorable George A. O'Toole, Jr. and Ms. Sarah Thorton, Clerk, U.S. District Court for the District of Massachusetts

cc:   Paul R. Moore, AUSA
      Dina Michael Chaitowitz, AUSA
      Robert F. Collins, Esq.