SC

TO: CLERK'S OFFICE                                    7-7-05

    MY FORMER ATTORNEY, ROBERT COLLINS, DID NOT INFORM ME OF ANY FILLING FEES FOR MY APPEAL. HE IS NO LONGER MY ATTORNEY. I HAVE FILLED OUT THE FORMA PAUPERIS AND I WILL BE REPRESENTING MYSELF IN THIS APPEAL.

    SINCERLY

    William D Smith

    NO. 05-1579
    DC NO. 04-cr-10103

# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

2005 JUL 19  P 2: 32

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

District Court No. 04-cr-10103
Appeal No. 05-1579

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: *William D Smith* | Date: 6-27-05 |

My issues on appeal are:

RULE 35, REDUCTION AND MODIFICATION OF SENTENCE.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 25 | $ N/A | $ 25 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): | $ 0 | $ N/A | $ 0 | $ N/A |
| Total Monthly income: | $ 25 | $ N/A | $ 25 | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| DESIGNER CONCRETE | S.L.C. UT | 1993 - 98 | 2,500 |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

2

# Inmate Account Inquiry

Inmate Register Number: 09625081

Inmate Name: SMITH, WILLIAM D

Facility: Allenwood FCI

Housing Unit: UNIT 1B

Living Quarters: A07-210U

## Commissary History | Commissary Restrictions | Comments
## Account Balances | Transaction History | General Information

| Field | Amount |
|---|---|
| Account Balance: | $211.46 |
| Pre-Release Acct. Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $211.46 |

| Field | Amount |
|---|---|
| National 6 Months Deposits: | $701.61 |
| National 6 Months Withdrawals: | $490.15 |
| National 6 Months Avg Daily Balance: | $130.01 |
| Local Max. Balance - Prev. 30 Days: | $211.46 |
| Average Balance - Prev. 30 Days: | $115.12 |

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

Close

Date: 07/05/2005
Time: 10:27:26 am

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Facility: ALM

**Criteria:** View All Transactions

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2005 09:02:39 AM | 09625081 | SMITH, WILLIAM D | ALM | AMSERVI | Western Union | $50.00 | 33319305 | | | $211.46 |
| 06/21/2005 06:30:47 PM | 09625081 | SMITH, WILLIAM D | ALM | AMServic | ITS Withdrawal | ($20.00) | ITS0621 | | | $161.46 |
| 06/21/2005 06:04:04 PM | 09625081 | SMITH, WILLIAM D | ALM | AMSERVI | Western Union | $90.00 | 33318605 | | | $181.46 |
| 06/20/2005 06:19:38 PM | 09625081 | SMITH, WILLIAM D | ALM | AMServic | ITS Withdrawal | ($10.00) | ITS0620 | | | $91.46 |
| 06/20/2005 11:07:16 AM | 09625081 | SMITH, WILLIAM D | ALM | ALM3002 | Sales | ($80.40) | 12 | | | $101.46 |
| 06/20/2005 05:12:41 AM | 09625081 | SMITH, WILLIAM D | ALM | AMSERVI | Lockbox - CD | $40.00 | 70135103 | | | $181.86 |
| 06/18/2005 12:03:08 PM | 09625081 | SMITH, WILLIAM D | ALM | AMSERVI | Western Union | $50.00 | 33318405 | | | $141.86 |
| 06/18/2005 11:16:51 AM | 09625081 | SMITH, WILLIAM D | ALM | AMServic | ITS Withdrawal | ($5.00) | ITS0618 | | | $91.86 |
| 06/18/2005 05:14:15 AM | 09625081 | SMITH, WILLIAM D | ALM | AMSERVI | Lockbox - CD | $21.61 | 70135101 | | | $96.86 |
| 06/16/2005 11:03:19 AM | 09625081 | SMITH, WILLIAM D | ALM | AMServic | ITS Withdrawal | ($5.00) | ITS0616 | | | $75.25 |
| 06/16/2005 06:57:59 PM | 09625081 | SMITH, WILLIAM D | ALM | AMSERVI | Western Union | $50.00 | 33318305 | | | $80.25 |
| 06/06/2005 05:43:25 PM | 09625081 | SMITH, WILLIAM D | ALM | ALM3002 | Sales | ($44.35) | 81 | | | $30.25 |
| 06/03/2005 11:04:28 PM | 09625081 | SMITH, WILLIAM D | ALM | AMServic | ITS Withdrawal | ($10.00) | ITS0603 | | | $74.60 |
| 06/03/2005 03:03:35 PM | 09625081 | SMITH, WILLIAM D | ALM | AMServic | Western Union | $50.00 | 33317405 | | | $84.60 |
| 05/31/2005 11:45:47 AM | 09625081 | SMITH, WILLIAM D | ALM | ALM3002 | Sales | ($82.00) | 33 | | | $34.60 |
| 05/27/2005 11:30:23 AM | 09625081 | SMITH, WILLIAM D | ALM | ALM0002 | Sales | ($41.75) | 24 | | | $116.60 |
| 05/26/2005 11:49:22 AM | 09625081 | SMITH, WILLIAM D | ALM | ALM3002 | Sales | ($2.50) | 37 | | | $158.35 |

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Date: 07/05/2005
Time: 10:27:26 am

Facility: ALM

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/26/2005 11:45:41 AM | 09625081 | SMITH, WILLIAM D | ALM | ALM3002 | Sales | ($169.15) | 36 | | | $160.85 |
| 05/26/2005 03:39:49 AM | 09625081 | SMITH, WILLIAM D | ALM | SENTRY | Transfer - In from TRUFACS | $330.00 | TX052605 | | | $330.00 |
| 05/20/2005 04:04:04 AM | 09625081 | SMITH, WILLIAM D | ALM | SENTRY | Transfer - Out to TRUFACS | ($300.00) | TX052005 | | | $0.00 |
| 05/05/2005 05:11:24 AM | 09625081 | SMITH, WILLIAM D | ALM | AMSERVI | Lockbox - CD | $300.00 | 70132001 | | | $300.00 |
| 04/14/2005 03:39:00 AM | 09625081 | SMITH, WILLIAM D | ALM | SENTRY | Transfer - In from TRUFACS | $0.00 | TX041405 | | | $0.00 |

Total Number Transactions: 22