# MANDATE

# United States Court of Appeals
## For the First Circuit

*04-10103*
*USDC/MA*
*O'Toole, J*

No. 05-1579

UNITED STATES,
Appellee,

v.

WILLIAM D. SMITH,
Defendant, Appellant.

Before

Lipez, <u>Circuit Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Howard, <u>Circuit Judge</u>.

**JUDGMENT**

Entered: March 2, 2007

Appellant William Smith appeals the sentence he received upon revocation of his supervised release term. The government contends that Smith's two challenges to his sentence are meritless and has requested summary disposition of this appeal under our Local Rule 27.0(c). Appellant did not respond to the government's motion. After carefully reviewing the record, we agree that Appellant presents no substantial question for review.

Accordingly, we <u>grant</u> the Government's motion for summary affirmance under Local Rule 27.0(c). <u>Affirmed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

_/s/ Mt_
**Deputy Clerk**

By: MARGARET CARTER
Chief Deputy Clerk.

**Date:** 3/26/07

[cc: Alan J. Black, Esq., Dina M. Chaitowitz, AUSA]